BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MAURICE FORBES,<br><br>Defendant. | CASE NO. 2: 13-MJ-00027 EFB<br><br>GOVERNMENT'S [~~PROPOSED~~] ORDER |

**ORDER**

For the reasons set forth in the government's motion to dismiss the Criminal Complaint, **IT IS HEREBY ORDERED** the Criminal Complaint and arrest warrant in 13-MJ-00027 are hereby DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: April 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE